UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MILTON LAWRENCE CURRY, JR.,**

      **Plaintiff,**

v.   Case No: 6:13-cv-1682-Orl-41TBS

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Richard A. Culbertson's Request for Authorization to Charge a Reasonable Fee (Doc. 26). United States Magistrate Judge Thomas B. Smith issued a Report and Recommendation (Doc. 27), recommending that the Court grant the motion. After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 27), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Richard A. Culbertson's Request for Authorization to Charge a Reasonable Fee (Doc. 26) is **GRANTED**.

3. Plaintiff is awarded attorney's fees in the amount of $6,569.88, to be paid out of Plaintiff's past due benefits currently being withheld by the Social Security Administration.

**DONE** and **ORDERED** in Orlando, Florida on November 2, 2015.



Copies furnished to:

Counsel of Record